FILED
2021 Jun-09  PM 02:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### <u>WESTERN DIVISION</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.** |
| | ) | |
| **ERIC TODD ELLIS** | ) | |

## <u>INFORMATION</u>

The United States Attorney charges that:

## <u>INTRODUCTION</u>

1.    The Defendant, **ERIC TODD ELLIS**, was employed as a corrections officer with the Bureau of Prisons (BOP) and was assigned to FCI-Aliceville, a BOP prison.

2.    Employees of the BOP were responsible for conducting themselves in accordance with the United States Constitution, and with federal, state, and local laws.

3.    E.M-S. was a female inmate, confined at FCI-Aliceville.

## <u>COUNT ONE</u>
### <u>Sexual Abuse of a Ward</u>
### **[18 U.S.C. § 2243(b)]**

1

1. The United States Attorney hereby repeats and re-alleges the allegations contained in paragraphs 1 through 3 of the Introduction to this Information as though fully set forth herein.

2. On or about June 11, 2020, within the Western Division of the Northern District of Alabama, the Defendant,

**ERIC TODD ELLIS,**

while in FCI-Aliceville, a Federal prison, knowingly engaged in a sexual act with E.M-S., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant.

All in violation of Title 18, United States Code, Section 2243(b).

## COUNT TWO
### Tampering With a Witness
### [18 U.S.C. § 1512(b)(3)]

1. The United States Attorney hereby repeats and re-alleges the allegations contained in paragraphs 1 through 3 of the Introduction to this Information as though fully set forth herein.

2. On or about September 15, 2020, within the Western Division of the Northern District of Alabama, the Defendant,

**ERIC TODD ELLIS,**

knowingly attempted to corruptly persuade another person with the intent to hinder, delay, and prevent the communication to a law enforcement officer and

judge of the United States of information relating to the commission and possible commission of a Federal offense. That is, the Defendant told another BOP corrections officer to provide false information to federal agents with the United States Department of Justice Office of the Inspector General (OIG), and deny that the Defendant previously admitted to the corrections officer that he, the Defendant, had engaged in a sexual act with E.M-S., the conduct that was the subject of the OIG's federal investigation.

All in violation of Title 18, United States Code, Section 1512(b)(3).

PRIM F. ESCALONA
United States Attorney

_June 9, 2021_
DATE

ROBERT O. POSEY
Executive Assistant United States Attorney

_June 9, 2021_
DATE

ROBIN MARK
Assistant United States Attorney

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

_June 8, 2021_
DATE

FARA GOLD  Digitally signed by FARA GOLD
Date: 2021.06.08 20:54:47
-04'00'

FARA GOLD
Special Litigation Counsel
Criminal Section, Civil Rights Division

3

June 8, 2021
DATE

ANNA GOTFRYD
Digitally signed by
ANNA GOTFRYD
Date: 2021.06.08
21:25:32 -04'00'

ANNA GOTFRYD
Trial Attorney
Criminal Section, Civil Rights Division

4